IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. 4:13-cr-00363 |
| | § | |
| JAMES WAYNE HAM | § | |

## MOTION TO WITHDRAW
## DEFENSE MOTION FOR COMPETENCY HEARING

Defendant, JAMES WAYNE HAM, requests that the Defense Motion for a Competency Hearing be withdrawn and the competency hearing, which is currently scheduled for November 1, 2016, be removed from the docket.

Respectfully Submitted,

| /S/ ROBERT A. MORROW | /S/ KATHERINE SCARDINO |
| --- | --- |
| ROBERT A. MORROW | KATHERINE SCARDINO |
| State Bar No. 14542600 | State Bar No. 17718625 |
| 24 Waterway Avenue Suite 660 | S.D.I.D. No. 217 |
| The Woodlands, Texas 77380 | 3730 Kirby Drive Suite 1120 |
| Tel: (281) 379-6901 | Houston, Texas 77098 |
| Fax: (832)813-0321 | (713) 520-5223  Fax (713) 520-5455 |
| ramorrow15@gmail.com | katherine@kscardino.net |

## CERTIFICATE OF SERVICE

This is to certify that on September 21, 2016, a true and correct copy of the above and foregoing document was served on Sharad S. Khandelwal with the United States Attorney's Office, Houston Division, via e-mail.

/S/ KATHERINE SCARDINO
KATHERINE SCARDINO